UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

       Plaintiff,

                                        16 CV 1158 (SJ) (SMG)

       v.

                                        <u>ORDER</u>
                                        <u>OF DISMISSAL</u>

UNITED STATES OF AMERICA, et al.,

       Defendants.
---------------------------------------------------X

LAW OFFICE OF KAREN LAWRENCE
4 Metrotech Center Suite 2000
Brooklyn, NY 11201
By: Theda Browdy
*Attorney for Plaintiff*

**JOHNSON, Senior District Judge:**

       The complaint in this action was filed on March 14, 2016, but a review of the docket reveals that the defendants have not been served. On July 14, 2016, plaintiff Allstate Fire and Casualty Insurance Company was ordered by Magistrate Judge Steven Gold to show cause why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). No response was filed.

1

IT IS HEREBY ORDERED that pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the above referenced case is dismissed for lack of prosecution, and the July 15 Report and Recommendation is adopted. The Clerk of the Court is directed to close the case.

SO ORDERED.

DATED: August 29, 2015  _____/s/_____
Brooklyn, New York  Sterling Johnson, Jr., U.S.D.J.